**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  26-23747-CIV-DAMIAN**

**LUIS FELIPE CARDOZE SANTANA**,

       Petitioner,

v.

**WARDEN, MIAMI FEDERAL DETENTION CENTER**,

       Respondent.

_____/

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT

**THIS CAUSE** is before the Court on Petitioner, Luis Felipe Cardoze Santana's, Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1] (the "Petition"), filed May 28, 2026. The Court entered an Order Requiring Response [ECF No. 5] on June 1, 2026. Respondent filed a Return to the Petition [ECF No. 6] on June 8, 2026. Thereafter, the Court entered an Order Requiring Clarification [ECF No. 7], and Respondent filed a Response to that Order [ECF No. 8] on July 16, 2026.

THE COURT has reviewed the Petition, Respondent's submissions, the relevant legal authorities, and the pertinent portions of the record and is otherwise fully advised.

In the Petition, Petitioner sought release from immigration detention. *See* Pet. at 7. On June 10, 2026, the immigration judge issued an order for the Petitioner's voluntary departure. [ECF No. 8-1 at 2]. Petitioner departed the United States on June 12, 2026, and is no longer in ICE custody or subject to removal proceedings. [ECF No. 8-2]. Because Petitioner is no longer detained by immigration authorities and is no longer subject to removal proceedings, the Petition no longer presents a live case or controversy. "Article III of the Constitution

requires that there be a live case or controversy at the time that a federal court decides the case." *Burke v. Barnes*, 479 U.S. 361, 363, 107 S. Ct. 734, 736, 93 L. Ed. 2d 732 (1987).

Accordingly, and for the reasons stated above, it is hereby

**ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **DENIED AS MOOT**. It is further **ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case. All pending motions, if any, are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 4th day of August, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record

2